IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KINGVISION PAY-PER-VIEW, LTD.,

    Plaintiff,

  v.

JAMES A. DAILEY, individually and d/b/a
GOLDEN BEAR SPORT BAR,

    Defendant.
                        /

No. C 04-04074 WHA

**ORDER REQUESTING
SUPPLEMENTAL BRIEFING**

     With respect to the pending motion for default judgment, the Court is concerned that plaintiff's claims may be time-barred. The complaint was filed two years and 363 days after the causes of action accrued. It is unclear whether the appropriate statute of limitations under 47 U.S.C. 553 and 47 U.S.C. 605 is two years or three years. The parties are requested to submit supplemental briefs on this issue, not longer than three pages, by **SEPTEMBER 7, 2005 AT NOON**.

    **IT IS SO ORDERED.**

Dated: September 2, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE