IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KINGVISION PAY-PER-VIEW, LTD.,

    Plaintiff,

  v.

JAMES A. DAILEY, individually and d/b/a GOLDEN BEAR SPORT BAR,

    Defendant.

No. C 04-04074 WHA

**ORDER RE ATTORNEY FEES**

By Wednesday, September 21, 2005, defendant shall file a declaration explaining why he did not timely pay the $800 in attorney's fees that this Court set as a condition of a further evidentiary hearing.

Plaintiff's counsel shall deposit defendant's $800 check and advise the court whether or not it is honored.

A subsequent order will address whether the late payment will be allowed to satisfy the condition precedent to a further evidentiary hearing.

**IT IS SO ORDERED.**

Dated: September 14, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28