IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KINGVISION PAY-PER-VIEW, LTD.,

    Plaintiff,

  v.

JAMES A. DAILEY,

    Defendant.
                                     /

No. C 04-04074 WHA

**ORDER RE EVIDENTIARY HEARING**

    Parties are ordered to appear for an evidentiary hearing at 2 p.m., November 11, 2005, as previously scheduled.

    **IT IS SO ORDERED.**

Dated: September 20, 2005

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE