IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KINGVISION PAY-PER-VIEW, LTD.,

    Plaintiff,

  v.

JAMES A. DAILEY,

    Defendant.

                                               /

No. C 04-04074 WHA

**ORDER RESCHEDULING EVIDENTIARY HEARING**

This Order reschedules the evidentiary hearing previously set for 2 p.m., November 11, 2005. The rescheduled hearing will be at 2 p.m., Wednesday, November 9, 2005.

**IT IS SO ORDERED.**

Dated: September 21, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE