Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
One California Plaza
300 South Grand Avenue, Suite 2670
Los Angeles, CA 90071

Tel: 213-229-9292
Fax: 213-229-9295
TPRLA@att.net

Attorneys for Plaintiff
KingVision Pay-Per-View, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KingVision Pay-Per-View, Ltd., <br><br> Plaintiff, <br><br> vs. <br> James A. Dailey, et al. <br><br> Defendant. | CASE NO. C 04-4074 WHA <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT JAMES A. DAILEY, individually and d/b/a GOLDEN BEAR SPORT BAR |

**IT IS HEREBY STIPULATED** by and between Plaintiff KINGVISION PAY-PER-VIEW, LTD. and Defendant JAMES A. DAILEY, individually and d/b/a GOLDEN BEAR SPORT BAR, that the above-entitled action is hereby dismissed **without prejudice** against James A. Dailey, individually and d/b/a GOLDEN BEAR SPORT BAR subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

///

///

STIPULATION OF DISMISSAL
C 04-4074 WHA
PAGE 1

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by December 1, 2005, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal as to Defendant James A. Dailey, individually and d/b/a Golden Bear Sport Bar shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: October 12, 2005

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley, Esquire
Attorneys for Plaintiff
KINGVISION PAY-PER-VIEW, LTD.

Dated: 10/17/05

**LAW OFFICES OF GEORGE HOLLAND**
By: Terry R. Collins, Esquire
Attorneys for James A. Dailey,
individually and d/b/a Golden Bear Sport Bar
Defendant

The Court shall retain jurisdiction to enforce the settlement agreement only through December 23, 2005.

**IT IS SO ORDERED:**

_____
**The Honorable William H. Alsup**
**United States District Court**
**Northern District of California**

Dated: October 25, 2005

STIPULATION OF DISMISSAL
C 04-4074 WHA
PAGE 2